UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

      Plaintiff,

    v.                              NO. CIV. S-11-2845 LKK/DAD

JP MORGAN CHASE, N.A.,
Individually and d/b/a
CHASE BANK; GOLD RIVER
VILLAGE ASSOCIATES, a
California Limited Partnership;
JPMORGAN CHASE BANK, National
Association,

      Defendants.

_____/

### ORDER OF RECUSAL AND REASSIGNMENT

It appearing to the undersigned, the judge to whom this case is presently assigned for all purposes, that the provisions of 28 U.S.C. § 455 mandate the disqualification of the undersigned.

IT IS HEREBY ORDERED that:

1.   The undersigned recuses himself as the judge to whom this case is assigned;

1     2.   All currently scheduled dates in the above-captioned
2  action are **VACATED**;
3     3.   The Clerk of the Court reassign this case to another
4  judge for all further proceedings, making appropriate adjustments
5  in the assignments of civil cases to compensate for such
6  reassignment; and
7     4.   This case is REASSIGNED to the Honorable
8  Kimberly J. Mueller.
9     IT IS SO ORDERED.
10     DATED:  October 28, 2011.
11
12
13                          _____
                           LAWRENCE K. KARLTON
14                          SENIOR JUDGE
                           UNITED STATES DISTRICT COURT
15
16
17
18
19
20
21
22
23
24
25
26