UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

    Plaintiff,

  v.                        NO. CIV. S-11-2845 LKK/DAD

JP MORGAN CHASE, N.A.,
Individually and d/b/a
CHASE BANK; GOLD RIVER
VILLAGE ASSOCIATES, a
California Limited Partnership;
JPMORGAN CHASE BANK, National
Association,

    Defendants.
_____/

**ORDER OF RECUSAL AND REASSIGNMENT**

    It appearing to the undersigned, the judge to whom this case is presently assigned for all purposes, that the provisions of 28 U.S.C. § 455 mandate the disqualification of the undersigned.

    IT IS HEREBY ORDERED that:

    1.   The undersigned recuses himself as the judge to whom this case is assigned;

1

1    2.   All currently scheduled dates in the above-captioned
2 action are **VACATED**;
3    3.   The Clerk of the Court reassign this case to another
4 judge for all further proceedings, making appropriate adjustments
5 in the assignments of civil cases to compensate for such
6 reassignment; and
7    4.   This case is REASSIGNED to the Honorable
8 Kimberly J. Mueller.
9    IT IS SO ORDERED.
10    DATED:  October 28, 2011.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2